

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:17-PO-5019-JCL |
| | CVB Violation No: |
| Plaintiff, | FAEC003P, FAEC003O |
| vs. | ORDER DISMISSING |
| AMANDA L. DONNELLY, | |
| Defendant. | |

The government has moved to dismiss the above referenced violation notices without prejudice. Accordingly,

**IT IS ORDERED** that violation notices FAEC003P, FAEC003O are **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 11 Martha Road, Columbia Falls, MT 59912, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 15th day of November, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER - PAGE 1